IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00102-ZLW

MIKEAL GLENN STINE,

    Plaintiff,

v.

R. WILEY, Warden,
MR. COLLINS, Unit Manager,
MS. SUDLOW, Case Manager,
MR. SUDLOW, Case Manager, and
MS. KRIST, SIA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On March 19, 2010, Plaintiff filed a Motion for Amended Court Order in which he requests that the Court revise his monthly filing fee payment. Monthly filing fee payments are provided for under 28 U.S.C. § 1915(b). The Court lacks discretion to revise the payments. Therefore, the Motion (Doc. No. 8) is DENIED.

Dated: March 24, 2010